# CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **Linda S. Wright**    SS#: **xxx-xx-1512**    Net Monthly Earnings: **1,709.04**

SS#: _____    Number of Dependents: **1**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **1,700.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
   ( ____ ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **102,000.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **2,500.00** ; $ **1,000.00** paid pre-petition; $ **1,500.00** to be paid at confirmation and $ **0.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **IBM Lender Business Proces Svcs., Inc.** | $313,786.00 | ☐ by Trustee ☒ by Debtor $2,183.00 | March 2011 | $5,000.00 | Jan. - Feb. 2011 | 0.00% | $150.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Rooms To Go** | $25.00 | $1,655.23 | $1,500.00 | $0.00 | China Cabinet | 5.00% | $50.00 | At Confirmation |
| **Santander Consumer USA** | $200.00 | $27,798.64 | $22,000.00 | $0.00 | 2009 Dodge Charger | 5.50% | $600.00 | At Confirmation |
| **United Consumer Finance** | $15.00 | $429.34 | $500.00 | $0.00 | Kirby vacuum cleaner | 5.00% | $15.00 | At Confirmation |
| **Capital One Auto Finance** | $250.00 | $33,195.27 | $29,000.00 | $0.00 | 2010 Nissan Maxima | 5.50% | $750.00 | At Confirmation |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:
   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☒ This plan proposes to pay unsecured creditors **100** %.
   ☒ Other Provisions:

   Debtor(s) will continue to pay pre-petition and post-petition service debt in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under 11 U.S.C. § 366. Debtor(s) acknowledge(s) that the automatic stay does not bar Alabama Power Company's efforts to collect pre-petition and post-petition utility service.

Attorney for Debtor Name/Address/Telephone #    Date  2/3/2011
**Glen C. Moore**
**315 Gadsden Highway**
**Suite D**
**Birmingham, AL 35235**
Telephone #  **(205) 833-2589**

*[Signature: Linda S. Wright]*
**Linda S. Wright**
Signature of Debtor